COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00881-CV |
| Style: | Emerita Medina |
| | **v** Gloria Raven |
| Date motion filed*: | December 17, 2014 |
| Type of motion: | Motion for reconsideration and amended motion for extension of time |
| Party filing motion: | Appellant |
| Document to be filed: | Clerk's record and Reporter's record |

Is appeal accelerated?　　No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 22, 2014 & November 21, 2014 |
| Number of prior extensions: | 0 |
| Current Due date: | October 22, 2014 & November 21, 2014 |
| Date Requested: | February 20, 2015 |

Ordered that motion is:

☐ 　　Granted

　　　　If document is to be filed, document due:

　　　　☐ 　　The Court will not grant additional motions to extend time

☑ 　　Denied

☐ 　　Dismissed (*e.g.*, want of jurisdiction, moot)

☐ 　　Other: _____

**"Appellant request[s] an additional sixty (60) days to pay the required Court fee and to file the Clerk's and Reporter's record[s]," because "Appellant has failed to contact counsel and provide the funds . . . ." The motion is DENIED.**

Judge's signature: /s/ Sherry Radack _____

　　　　　　☑ Acting individually　　　☐ Acting for the Court

Panel consists of _____

Date: December 23, 2014

November 7, 2008 Revision